IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
**Tucson Division**



Donald Louis Gruver, Jr
Plaintiff

v.  Case No.   CV-25-00251-TUC-MAA

Gamma Rho Housing Corporation

## COMPLAINT

Plaintiff, Donald Louis Gruver Jr brings this action against Defendant, Gamma Rho Housing Corporation, for violations of the Age Discrimination in Employment Act (ADEA), Title VII of the Civil Rights Act of 1964, and other applicable federal laws. Plaintiff seeks damages for age discrimination, retaliation, and a hostile work environment that occurred during her employment with Defendant.

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1343, as this case arises under federal law, specifically the Age Discrimination in Employment Act (ADEA) and Title VII of the Civil Rights Act of 1964.
2. Venue is proper in this district pursuant to 28 U.S.C. § 1391, as the unlawful employment practices occurred within this district, and Defendant conducts business within this district.

### II. PARTIES

3. Donald Louis Gruver Jr, is a resident of Tucson, AZ, and was employed by Defendant Gamma Rho Housing Corporation as a Housing Director/Resident Assistant from July 1, 2023, to September 5, 2023. Plaintiff is 48 years old and, at the time of the events described in this Complaint, was over 40 years of age, a protected class under the Age Discrimination in Employment Act (ADEA).
4. Defendant, Gamma Rho Housing Corporation, is a corporation doing business in Tucson, Arizona, and, at all relevant times, was Plaintiff's employer.

## III. FACTUAL ALLEGATIONS

5. Plaintiff began his employment with Defendant Gamma Rho Housing Corporation on July 1, 2023, as a Housing Director/Resident Assistant.
6. At all times during his employment, Plaintiff was a qualified individual over the age of 40.
7. During his employment, Plaintiff was subjected to age-related comments, jokes, and memes made by both fraternity members and Defendant's management. These comments included remarks such as **"You're too old for this job,"** and references to the desire for a **"younger"** person to fill Plaintiff's position.
8. Plaintiff reported the repeated instances of age-related discrimination, harassment, and hostile comments to his employer on multiple occasions. Despite these complaints, Defendant took no meaningful action to stop or remedy the discriminatory behavior.
9. Defendant's failure to address the discrimination and hostile work environment created by its fraternity members and employees caused Plaintiff emotional distress and harmed his professional standing.
10. In retaliation for reporting the age discrimination, Plaintiff experienced adverse treatment, including further exclusion from important work-related activities and the continuation of hostile behavior from both fraternity members of housing board corporation members.
11. On or about September 5, 2023, Plaintiff was let go due to the ongoing hostile work environment, which had made it impossible for him to continue working under such conditions.

## IV. CAUSES OF ACTION

**Count I: Age Discrimination in Violation of the Age Discrimination in Employment Act (ADEA)**

12. Plaintiff realleges and incorporates by reference all prior paragraphs as though fully set forth herein.
13. Defendant's actions, including the age-related comments, exclusion from activities, and desire for a younger employee to fill Plaintiff's position, constitute unlawful age discrimination in violation of the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 623.
14. As a direct result of Defendant's discriminatory actions, Plaintiff has suffered economic damages, including lost wages, emotional distress, and other harm.
15. Defendant's actions towards Plaintiff were willful, malicious, and egregious

**Count II: Retaliation in Violation of Title VII of the Civil Rights Act and the ADEA**

15. Plaintiff realleges and incorporates by reference all prior paragraphs as though fully set forth herein.
16. Plaintiff engaged in protected activity by reporting age-related discrimination to his employer. In retaliation for this protected activity, Defendant failed to take action to address the discrimination, subjected Plaintiff to further adverse treatment, and ultimately allowed a hostile work environment to continue.
17. These actions constitute unlawful retaliation in violation of Title VII of the Civil Rights Act of 1964 and the ADEA.
18. Defendant's actions towards Plaintiff were willful, malicious, and egregious

**Count III: Hostile Work Environment in Violation of Title VII and the ADEA**

18. Plaintiff realleges and incorporates by reference all prior paragraphs as though fully set forth herein.
19. Defendant's failure to prevent and address the hostile work environment, where Plaintiff was subjected to discriminatory comments, jokes, and memes based on his age, constitutes a violation of Title VII of the Civil Rights Act of 1964 and the ADEA.
20. As a direct result of Defendant's failure to intervene and remedy the hostile work environment, Plaintiff has suffered significant emotional distress, harm to his reputation, and economic damages.
21. Defendant's actions towards Plaintiff were willful, malicious, and egregious

## V. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that the Court:

a) Award Plaintiff back pay and front pay for lost wages and benefits, including any other compensation that Plaintiff would have received had she not been subjected to unlawful discrimination and retaliation;

b) Award Plaintiff compensatory damages for emotional distress, mental anguish, and other harm suffered as a result of the discriminatory and retaliatory conduct;

c) Award punitive damages to punish Defendant for its willful, malicious, and egregious conduct;

d) Front pay for Plaintiff's former position as reinstatement is not feasible;

e) Award Plaintiff costs of this action and pre- and post-judgment interest;

f) Grant any other relief the Court deems just and proper.

Dated: 05/27/2025

Donald Louis Gruver Jr.
Plaintiff
702 South 6th Avenue, Tucson AZ 85701
912-655-8466
dlgst350@yahoo.com

## Verification

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/27/2025

Donald Louis Gruver Jr
Plaintiff